IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
FLAGLER COUNTY, FLORIDA

CASE NO.: 2021 CA 000070
DIVISION: 49

KENDRA WILLIAMS,

    Plaintiff,

vs.

CIRCLE K STORES, INC.,
a Foreign Profit Corporation,

    Defendants.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, KENDRA WILLIAMS, and sues Defendant, CIRCLE K STORES, INC., and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2. This stems from a personal injury occurring in Bunnell, Flagler County, Florida, on or about December 29, 2019.

3. At all times material hereto, Plaintiff, KENDRA WILLIAMS, was, and is, a resident of Deland, Volusia County, Florida.

4. At all times material to this action, Defendant, CIRCLE K STORES, INC., was, and remains, a Foreign Profit Corporation licensed to do business and conducting business in the State of Florida.

1

5. At all times material hereto, Defendant, CIRCLE K STORES, INC., owned, operated, leased, possessed, controlled, maintained or managed the subject property and/or premises located at 500 East Moody Boulevard, Bunnell, Flagler County, Florida (which, hereafter, may be referred to as the "premises" or the "subject premises"), said business being a convenience store and gas station, open to the general public, including the Plaintiff, KENDRA WILLIAMS, herein.

6. At all times material to this cause of action, Defendant, CIRCLE K STORES, INC., had possession and control of the subject premises where the incident described in this Complaint occurred, and did operate a convenience store and gas station open to the general public, including the Plaintiff, KENDRA WILLIAMS, herein.

7. On or about December 29, 2019, Plaintiff, KENDRA WILLIAMS, was a business invitee lawfully on Defendant's property located at the above address.

8. Defendant, CIRCLE K STORES, INC., owed a non-delegable duty to business invitees such as Plaintiff, KENDRA WILLIAMS, to use reasonable care in the inspection and maintenance of its property to keep the premises free of unreasonably dangerous conditions and to warn invitees of hazards on the premises.

9. At that time and place, as Plaintiff, KENDRA WILLIAMS, was walking in Defendant, CIRCLE K STORES, INC.'s, convenience store, she slipped and fell onto the ground.

10. Defendant, CIRCLE K STORES, INC., breached its non-delegable duty owed to Plaintiff, KENDRA WILLIAMS, when Defendant, CIRCLE K STORES, INC., knew, or in the exercise of reasonable care should have known, of the condition, or Defendant, CIRCLE K

STORES, INC., created the condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant, CIRCLE K STORES, INC., should have corrected the condition or warned Plaintiff, KENDRA WILLIAMS, of its existence.

11. As a direct and proximate result of the negligence of Defendant, CIRCLE K STORES, INC., the Plaintiff, KENDRA WILLIAMS, suffered bodily injury in and about her body, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff, KENDRA WILLIAMS, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, KENDRA WILLIAMS, demands judgment for damages against Defendant, CIRCLE K STORES, INC., for damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

**MORGAN & MORGAN**

/s/ J. Schuyler Brown
**J. SCHUYLER BROWN, ESQUIRE**
Florida Bar No.: 1003209
JSBrown@forthepeople.com
2601 North Ponce De Leon Blvd.
St. Augustine, Florida 32084
Telephone: (904) 398-2722
Facsimile: (904) 361-7229
*Attorneys for Plaintiff*